## PHOENIX SOLUTIONS, INC., Plaintiff–Appellant,

v.

## The DIRECTV GROUP, INC., Defendant–Appellee.

No. 2010–1125.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2010.

R. Joseph Trojan, Trojan Law Offices, of Beverly Hills, California, argued for plaintiff-appellant.

Jason L. Peltz, Bartlit Beck Herman Palenchar & Scott LLP, of Chicago, Illinois, argued for defendant-appellee. With him on the brief was Paul J. Skiermont. Of counsel on the brief were Steven M. Anderson and David A. Sergenian, Quinn

Emanuel Urquhart & Sullivan, LLP of Los Angeles, California.

Steven C. Sereboff, SoCal IP Law Group LLP, of Westlake Village, California, for amicus curiae Conejo Valley Bar Association. With him on him on the brief were Mark A. Goldstein and M. Kala Sarvaiya.

RADER, Chief Judge, NEWMAN, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.